**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2023-CA-0195

Orleans Audubon Society, Marta Badon, William Badon,
Jacqueline Baron, Jerald Beaujeaux, Ronald Bettencourt,
Arthur Bouchon, Tara Bouchon, A.J. Bouchon, James
Brocato, Gina Brown, Brett Cabirac, Chester Cabirac, Faye
Cabirac; Robin Chatellier, Ariana Coop

- - Versus - -

The St. Tammany Parish Council, St. Tammany Parish
President Michael B. Cooper, 22nd JDC District Attorney
Warren L. Montgomery, St. Tammany Parish Planning
Commission, St. Tammany Parish Department of Planning
and Development and Safety Specialty Insuran

22nd Judicial District Court
Case #: 202212574
St. Tammany Parish

On Application for Rehearing filed on  11/17/2023 by St. Tammany Parish Council, et al

Rehearing ___denied_____

_____
Page McClendon

_____
Chris Hester

_____
Steven M. Miller

Date ___JAN 2 5 2024_____

_____
Rodd Naquin, Clerk